THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of David P., a Juvenile Under the Age of Seventeen, Appellant.
 
 
 

Appeal From Anderson County
  Billy A. Tunstall, Jr., Family Court
Judge
 Jack Alan Landis, Family Court Judge

Unpublished Opinion No. 2011-UP-149
 Submitted April 1, 2011  Filed April 12,
2011    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Senior
 Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor
 Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  David
 P. appeals his adjudication of delinquency for resisting arrest and commitment
 to the Department of Juvenile Justice, arguing the family court erred in (1)
 holding that the stop and frisk of him were proper and (2) rejecting his motion
 for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the family court
 erred in holding the stop and frisk of David was proper: State v. Nelson, 336 S.C. 186, 193-95, 519 S.E.2d 786,
 789-90 (1999) (holding that "new and distinct crimes" do not qualify
 as fruit of the poisonous tree); Linda Mc Co. v. Shore, 390 S.C. 543,
 557, 703 S.E.2d 499, 506 (2010) ("A case becomes moot . . . when some event occurs making it
 impossible for [the] reviewing Court to grant effectual relief." (citations and internal quotation marks
 omitted)).
2. As to whether the family court
 erred in denying David's motion for a directed verdict for resisting arrest: In
 re Richard D., 388 S.C. 95, 98, 693 S.E.2d 447, 449 (Ct. App. 2010) (holding
 thatthe appellate court "is
 concerned with the existence of evidence" and views the evidence and inferences
 in the light most favorable to the State).
AFFIRMED.
WILLIAMS, GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.